IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ELMER WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Case No.  07-165-HU |
| v. | ) | |
| | ) | O R D E R |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Karin J. Immergut
    United States Attorney
    District of Oregon
    Neil J. Evans
    Assistant United States Attorney
    1000 SW Third Avenue, Suite 600
    Portland, Oregon  97204-2902

    Terrye Erin Shea
    Social Security Administration
    Office of the General Counsel
    701 Fifth Avenue
    Suite 2900 M/S 901
    Seattle, Washington  98104

        Attorneys for Plaintiff

    Rory Joseph Linerud
    Linerude Law Firm
    P. O. Box 1105
    Salem, Oregon  97308-1105

        Attorney for Defendant

KING, Judge:

    The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on February 20, 2008.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

    Accordingly, I ADOPT  Magistrate Judge Hubel's Findings and Recommendation (#15).

    IT IS HEREBY ORDERED that the ALJ's decision is REVERSED and REMANDED for further proceedings.

    DATED this      20th      day of March, 2008.

                                   /s/ Garr M. King
                                      GARR M. KING
                                United States District Judge