IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

ELMER WILSON,                              )
                                           )
                Plaintiff,                 )
                                           )        Civil Case No.  07-165-HU
        v.                                 )
                                           )        JUDGMENT
MICHAEL J. ASTRUE, Commissioner            )
of Social Security,                        )
                                           )
                                           )
                Defendant.                 )
_____  )


        Karin J. Immergut
        United States Attorney
        District of Oregon
        Neil J. Evans
        Assistant United States Attorney
        1000 SW Third Avenue, Suite 600
        Portland, Oregon  97204-2902

Terrye Erin Shea
Social Security Administration
Office of the General Counsel
701 Fifth Avenue
Suite 2900 M/S 901
Seattle, Washington  98104

       Attorneys for Plaintiff

Rory Joseph Linerud
Linerude Law Firm
P. O. Box 1105
Salem, Oregon  97308-1105

       Attorney for Defendant

KING, Judge:

       Based on the record,

       The decision of the ALJ is hereby REVERSED, and this case is REMANDED to the

ALJ for further proceedings.

       Dated this _____20th_____ day of March, 2008.

         /s/ Garr M. King_____
        Garr M. King
        United States District Judge